UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMED WAQQAD,<br><br>Plaintiff,<br><br>-against-<br><br>TRINE ACQUISITION CORP., LEO HINDERY, JR., M. IAN G. GILCHRIST, JOSEPHINE LINDEN, MARC NATHANSON, KENT R. SANDER, TOM WASSERMAN, and ABBAS F. ZUAITER,<br><br>Defendants. | Case No.: 1:20-cv-10056 |

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 10, 2020

SO ORDERED.

Hon. Ronnie Abrams
12/14/2020

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*